LERK, UNITED STATES DISTRICT COURT
P.O. BOX 2797
CAMDEN, NJ 08101

OFFICIAL BUSINESS

RECEIVED
JUL 28 2016
AT 8:30_____M
WILLIAM T. WALSH CLERK

Bruce Aristeo
A319806
CCCF
330 Fe
Camden

$ 00.4

NIXIE        176  DC  1           0007/24/16
            RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD

BC: 08101279797      *0503-01740-16-32